Bernard E. Epton, Appellant, v. Richard B. Vail, Appellee.

Gen. No. 46,327. (Abstract of Decision.)

Harry G. Fins, for appellant; Kirkland, Fleming, Green, Martin & Ellis, and Halfpenny & Hahn, for appellee; Howard Ellis, John B. Martineau, and Don H. Reuben, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.

Frances Cheslog, a Minor, by Arthur Cheslog, her Father and Next Friend, and Arthur Cheslog, Appellees, v. Lucille T. Lautz, Appellant.

Gen. No. 46,265. (Abstract of Decision.)

287